# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ALLAN THOMAS ROCKWELL,**

CASE NO: **1:22−CV−00392−JLT−EPG**

v.

**MELISSA BROUHARD, ET AL.,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 03/12/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **March 12, 2024**

by: _/s/ C. Maldonado_____
                      Deputy Clerk